UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL N. KELSEY,<br><br>       Plaintiff,<br><br>   -against-<br><br>MARIA ROSA, et al.,<br><br>       Defendants. | **ORDER OF SERVICE**<br><br>24-CV-5179 (PMH) |

PHILIP M. HALPERN, United States District Judge:

Michael N. Kelsey ("Plaintiff") initiated this action on July 8, 2024, challenging the imposition of various special conditions on his parole as unconstitutional pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 2201. (Doc. 1). This case was originally assigned to Judge J. Paul Oetken and was reassigned to me on July 17, 2024. Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is respectfully directed to issue summonses as to Defendants Maria Rosa, Jessica Segale, Francesca Connolly, Joseph Maltese, Linda Christopher, Carl Landicino, Zaira Serrano, Sabrina Wynns, Sheila Jackson, Christopher Miller, Joy Johnson, Lamarr Banks, and Veronica Ahumada ("Defendants"). Plaintiff is directed to serve the summons and complaint on each defendant within 90 days of the issuance of the summonses.[1]

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summonses in this case were not issued when Plaintiff filed the Complaint. The Court therefore extends the time to serve until 90 days after the date the summonses are issued.

**SO ORDERED.**

Dated:    July 17, 2024
          White Plains, New York

PHILIP M. HALPERN
United States District Judge