UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL N. KELSEY,

              Plaintiff,

-against-

MARIA ROSA, et al.,

              Defendants.

**ORDER**

24-CV-05179 (PMH)

PHILIP M. HALPERN, United States District Judge:

    On February 19, 2025, the Court issued an Order denying Plaintiff's application for a temporary restraining order. (Doc. 54). On May 6, 2025, Plaintiff filed a notice of appeal from the Court's February 19, 2025 Order (Doc. 68), and also moved for leave to proceed *in forma pauperis* ("IFP") on appeal (Doc. 67). The Court certifies under 28 U.S.C. § 1915(a)(3) that Plaintiff's appeal from its February 19, 2025 Order (Doc. 54) is not taken in good faith, and therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    The Clerk of the Court is respectfully directed to enter this Order, mail a copy of this Order to Plaintiff, and transmit a copy of this Order to the United States Court of Appeals for the Second Circuit. (*See* Doc. 71).

SO ORDERED:

Dated: White Plains, New York
       May 9, 2025

_____
PHILIP M. HALPERN
United States District Judge