UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL N. KELSEY,

                Plaintiff,

-against-

MARIA ROSA, et al.,

                Defendants.

**ORDER**

24-CV-05179 (PMH)

PHILIP M. HALPERN, United States District Judge:

     In light of Plaintiff's May 13, 2025 letter (Doc. 73), the Court has become aware of an updated address for Plaintiff: Michael Kelsey, Dutchess County Jail, P.O. Box 1389, Poughkeepsie, NY 12602. Accordingly, the Clerk of Court is respectfully directed to (i) update Plaintiff's address on the docket; and (ii) mail a copy of the docket sheet and any filings on this docket subsequent to April 9, 2025 (Docs. 59-73), and this Order to Plaintiff at his updated address.

                                    **SO ORDERED:**

Dated:   White Plains, New York
            May 23, 2025

                                     PHILIP M. HALPERN
                                     United States District Judge