UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL N. KELSEY,

             Plaintiff,

-against-

MARIA ROSA, et al.,

             Defendants.

**ORDER**

24-CV-05179 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 6, 2025, Plaintiff filed an interlocutory appeal (Doc. 68) of the Court's February 19, 2025 Order (Doc. 54). (*See* Second Circuit Court of Appeals Docket No. 25-1203). Accordingly, and in light of Defendants' fully briefed motion to dismiss (Doc. 44, the "Motion"), the parties are instructed to file letters, limited to five (5) pages, **by August 8, 2025**, as to whether the Court has been divested of jurisdiction in light of the interlocutory appeal and under the circumstances presented by this case, such that it may not rule on the Motion until the Mandate is returned.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED:

Dated: White Plains, New York
        August 4, 2025

_____
PHILIP M. HALPERN
United States District Judge