UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL N. KELSEY,

               Plaintiff,

-against-

MARIA ROSA, et al.,

               Defendants.

**ORDER**

24-CV-05179 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 6, 2025, Plaintiff filed an interlocutory appeal (Doc. 68) of the Court's February 19, 2025 Order (Doc. 54). (*See* Second Circuit Court of Appeals Docket No. 25-1203). On August 4, 2025, the Court directed the Parties to file letters addressing whether the interlocutory appeal affects this Court's jurisdiction to hear and rule on Defendants' fully briefed motion to dismiss (Doc. 44, the "Motion"). (Doc. 82). The Court is in receipt of Defendants' letter submission (Doc. 85) but has not received a submission from Plaintiff as of the date of this Order.

Generally, "[t]he filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982). The Court, in light of the general rule detailed above, and despite having fully reviewed and considered Defendants' submission (Doc. 85), exercises its discretion to refrain from ruling on the Motion while the appeal is pending based upon the circumstances of this case and out of an abundance of caution. Within 30 days of the return of the Mandate to this Court, Defendants may re-file the Motion. The time to answer or otherwise respond to the Amended Complaint is hereby stayed pending further order of the Court.

Accordingly, the Clerk of Court is respectfully requested to terminate Doc. 44.

2

                                                              **SO ORDERED:**

Dated: White Plains, New York
            August 18, 2025

                                            PHILIP M. HALPERN
                                            United States District Judge