UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL N. KELSEY,

                    Plaintiff,

          -against-

MARIA ROSA, et al.,

                    Defendants.

**ORDER**

24-CV-05179 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 6, 2025, Plaintiff filed an interlocutory appeal (Doc. 68) of the Court's February 19, 2025 Order (Doc. 54). (*See* Second Circuit Court of Appeals Docket No. 25-1203, the "Lead Appeal"). On August 21, 2025, Plaintiff filed a "Notice of Interlocutory Appeal" (Doc. 88) of the Court's June 27, 2025 Order (Doc. 81). (*See* Second Circuit Court of Appeals Docket No. 25-2132, the "Consolidated Appeal"). On March 20, 2026, a three-judge panel of the Second Circuit dismissed the Lead Appeal; determined the Consolidated Appeal was properly appealable as "the denial of an injunction under 28 U.S.C. § 1292(a)(1)"; and directed this Court to "consider whether to grant [Plaintiff] an extension of time to appeal" this Court's June 27, 2025 Order. (Doc. 90, "Order of USCA").

Accordingly, the Court directs the following: i) Plaintiff shall, no later than **April 7, 2026**, file a letter motion, no longer than five (5) pages, supplementing his request to "excuse [his] late filing of th[e] Notice of Appeal" (Doc. 88), and explaining his entitlement to a *nunc pro tunc* extension of time to appeal pursuant to Fed. R. App. P. 4(a)(5); ii) Defendants shall, no later than **April 21, 2026**, respond to Plaintiff's application, by letter no longer than five (5) pages; and iii) Plaintiff shall, no later than **April 28, 2026**, file a reply, if any, no longer than three (3) pages. The Court reserves the right to construe the Parties' respective submissions as the motion itself, and

rule on the papers without the need for full briefing. *See In re Best Payphones, Inc.*, 450 F. App'x 8, 15 (2d Cir. 2011).

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff at the address listed on the docket.

**SO ORDERED:**

Dated:    White Plains, New York
          March 24, 2026

_____
PHILIP M. HALPERN
United States District Judge