UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL N. KELSEY,

                     Plaintiff,

          -against-

MARIA ROSA, et al.,

                     Defendants.

**<u>ORDER</u>**

24-CV-05179 (PMH)

PHILIP M. HALPERN, United States District Judge:

On March 24, 2026, the Court issued an Order directing the parties to brief the question of whether Plaintiff should be entitled to a *nunc pro tunc* extension of time to appeal pursuant to Fed. R. App. P. 4(a)(5). (*See* Doc. 91, the "March 24 Order"). The March 24 Order directed Plaintiff to file a letter motion by no later than April 7, 2026. (*Id.*). On April 6, 2026, Plaintiff mailed a letter to the pro se office, that was received and filed with the Court on April 14, 2026, in part, notifying the Court of a change of his current address. (*See* Doc. 92). Upon review of Plaintiff's letter, it is apparent to the Court that due to Plaintiff's change of address he did not receive the March 24 Order.

Accordingly, and in light of Plaintiff's pro se status, the Court sets the following modified briefing schedule: i) Plaintiff shall, no later than **May 4, 2026**, file a letter motion, no longer than five (5) pages, supplementing both his request to "excuse [his] late filing of th[e] Notice of Appeal" (Doc. 88) and the portions of his April 6, 2026 Letter concerning this issue (Doc. 92 at 1-2), explaining his entitlement to a *nunc pro tunc* extension of time to appeal pursuant to Fed. R. App. P. 4(a)(5); ii) Defendants shall, no later than **May 18, 2026**, respond to Plaintiff's application, by letter no longer than five (5) pages; and iii) Plaintiff shall, no later than **May 25, 2026**, file a reply, if any, no longer than three (3) pages. The Court reserves the right to construe the Parties'

respective submissions as the motion itself, and rule on the papers without the need for full briefing. *See In re Best Payphones, Inc.*, 450 F. App'x 8, 15 (2d Cir. 2011). Plaintiff's April 6, 2026 Letter (Doc. 92) is otherwise denied at this time.

The Clerk of Court is respectfully requested to mail a copy of this Order, as well as the previous March 24 Order (Doc. 91) to Plaintiff at his updated address listed on the docket. ("Michael N. Kelsey, 16A4286, Hudson Correctional Facility, 50 E. Court Street, Hudson, NY 12534").

SO ORDERED:

Dated:    White Plains, New York
          April 17, 2026

_____
PHILIP M. HALPERN
United States District Judge

2